AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| EVAN RAY ATKINSON | Case No.  6:23CR60031-001 |
|  | USM No.  80908-509 |
|  | Justin Hurst |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  as outlined below,  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to Report for Drug Testing | January 25, 2024 |
| Two | Use of Controlled Substances | February 29, 2024 |
| Three | Failure to Comply with Substance Abuse Treatment | March 7, 2024 |
| Four | Failure to Report as Instructed | April 11, 2024 |
| Five | Use of a Controlled Substance | April 15, 2024 |
| Six | Failure to Comply with Substance Abuse Treatment | May 2, 2024 |
| Seven | Attempting to Obstruct Drug Testing | May 14, 2024 |
| Eight | Use of a Controlled Substance | May 14, 2024 |
| Nine | Failure to Report as Instructed | July 12, 2024 |
| Ten | Use of a Controlled Substance | July 16, 2024 |
| Eleven | Failure to Report for Drug Testing | January 22, 2025 |
| Twelve | Use of a Controlled Substance | January 28, 2025 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec.  6200 | July 21, 2025 |
|---|---|
|  | Date of Imposition of Judgment |
| Defendant's Year of Birth:  1983 |  |
|  | Signature of Judge |
| City and State of Defendant's Residence: |  |
| Hot Springs, Arkansas | Susan O. Hickey, Chief United States District Judge |
|  | Name and Title of Judge |
|  | July 21, 2025 |
|  | Date |

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: EVAN RAY ATKINSON
CASE NUMBER: 6:23CR60031-001

Judgment — Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Nine (9) months imprisonment with credit for time served.  No term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be housed in FCI Texarkana.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
☐ at _____ ☐ a.m. ☐ p.m. on _____ .
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐ before 2 p.m. on _____ .
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL